**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARKEL INTERNATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN PA CHILD CARE, LLC, ROBERT J. POWELL, GREGORY ZAPPALA, PA CHILDCARE, LLC, MID-ATLANTIC YOUTH SERVICES CORP., and VISION HOLDINGS, LLC,<br><br>Defendants, | CIVIL ACTION NO. 3:10-CV-1156<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 7th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Summary Judgment Against All Defendants is **GRANTED.**

(2) Defendants' Cross-Motion for Summary Judgment is **DENIED.**

(2) Judgment shall be entered in favor of the Plaintiff and against the Defendants.

(3) The Clerk of Court is directed to mark this case **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge